UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERAINO JOHNSON, : | |
|   : | CIVIL ACTION NO. 3:22-1658 |
| Petitioner  : | |
|   : | (JUDGE MANNION) |
| v.  : | |
|   : | |
| STEPHEN SPAULDING, : | |
|   : | |
| Respondent : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  January 6, 2023
22-1658-01-Order